Case 05-75914   Doc 46   Filed 01/26/09   Entered 01/26/09 09:37:46   Desc Main
Document    Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID E. ADKINS & FONDA M. ADKINS                        Case Number: 05-75914
313B GENOA STREET                SSN-xxx-xx-0255 & xxx-xx-8835
CHERRY VALLEY, IL  61016

Case filed on: 10/9/2005
Plan Confirmed on: 3/3/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,420.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID E. ADKINS | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 2,170.34 | 2,170.34 | 2,170.34 | 134.09 |
|  | Total Secured | 2,170.34 | 2,170.34 | 2,170.34 | 134.09 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SILVERLEAF RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 5,143.96 | 5,143.96 | 2,198.96 | 0.00 |
| 004 | CAPITAL ONE | 2,332.28 | 2,332.28 | 997.01 | 0.00 |
| 005 | CAPITAL ONE | 2,079.46 | 2,079.46 | 888.94 | 0.00 |
| 006 | CAPITAL ONE | 1,328.33 | 1,328.33 | 567.84 | 0.00 |
| 007 | CAPITAL ONE | 1,677.11 | 1,677.11 | 716.94 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 1,895.92 | 1,895.92 | 810.48 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 2,252.05 | 2,252.05 | 962.71 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,127.05 | 1,127.05 | 481.80 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 606.27 | 606.27 | 259.17 | 0.00 |
| 012 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ODESSA NEUROLOGY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 8,845.33 | 8,845.33 | 3,781.24 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 7,653.22 | 7,653.22 | 3,271.63 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 4,876.62 | 4,876.62 | 2,084.68 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 388.03 | 388.03 | 165.88 | 0.00 |
| 019 | ROCKFORD GASTROENTEROLOGY ASSOC | 241.77 | 0.00 | 0.00 | 0.00 |
| 021 | PORTFOLIO RECOVERY ASSOCIATES | 481.24 | 481.24 | 205.71 | 0.00 |
| 022 | SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 40,928.64 | 40,686.87 | 17,392.99 | 0.00 |
|  | Grand Total: | 45,298.98 | 45,057.21 | 21,783.33 | 134.09 |

Total Paid Claimant:    $21,917.42
Trustee Allowance:      $1,502.58          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     42.75          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009         By  /s/Heather M. Fagan